**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jamod ROHN, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 26, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of August, 2008, the Application for Relief under Pa. R.A.P. 123 is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Robert P. BRYANT, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 26, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of August, 2008, the Petition for Permission to Appeal is **DENIED.**

**Doris F. BELL, Petitioner**

v.

**CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIRE-MENT, Respondent.**

Supreme Court of Pennsylvania.

Sept. 10, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of September, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DE-NIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.